Mary Austin et al., as Executrices and Trustees under the Will of William L. Austin, Deceased, Respondents, *v.* Atlantic Beach Bridge Corporation, Appellant, Impleaded with Others.

(Submitted May 2, 1935; decided May 3, 1935.)

*C. Elmer Spedick* for motion.

*William L. Hanaway, Gerald J. Craugh* and *Charles A. Howard, Jr.,* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.